QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael E. Williams (Bar No. 181299)
Daniel C. Posner (Bar No. 232009)
Mikayla Wasiri (Bar No. 333890)
Julian Schoen (Bar No. 344202)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Email: michaelwilliams@quinnemanuel.com
Email: danposner@quinnemanuel.com
Email: mikaylawasiri@quinnemanuel.com
Email: julianschoen@quinnemanuel.com

*Attorneys for Defendants Bytedance Ltd., et al.*

J. Lorenzo Law
Jayson M. Lorenzo (Bar No. 216973)
2292 Faraday Ave., Suite 100
Carlsbad, CA 92008
Telephone: (760) 560-2515
Email: jayson@jlorenzolaw.com

MGL LLP
Sean M. Ulrich, Esq. (Bar No. 309838)
5777 W. Century Blvd., Ste 1125
Los Angeles, CA 90045
Telephone: (424) 333-9570
Email: sean@mgllaw.com

*Attorneys for Plaintiff Wizard of OBS, LLC.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WIZARDS OF OBS, LLC., A California limited liability company,

Plaintiffs,

v.

BYTEDANCE LTD, a Cayman Islands company; BYTEDANCE INC., a Delaware corporation; TIKTOK LTD., a Cayman Islands Company; TIKTOK PTE. LTD., a Singapore company; DOES 1-10, inclusive;

Defendants.

Case No. 5:25-cv-00636-SSS-DTB

**STIPULATION FOR EXTENSION OF DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Complaint Filed: March 10, 2025

Pursuant to Central District of California Civil Local Rule 7-1, Defendants Bytedance Ltd., Bytedance Inc., TikTok Ltd., and TikTok Pte. Ltd., ("Defendants"), along with Plaintiff Wizard of OBS, LLC. (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on March 10, 2025, Plaintiff filed the Complaint in this action;

**WHEREAS**, Defendants Bytedance Ltd., TikTok Ltd., and TikTok Pte. Ltd. ("Foreign Defendants") are foreign entities that would have to be served through the Hague Convention, a process that could take several months to complete;

**WHEREAS**, on March 20, 2025, Plaintiff requested waiver of service for all Defendants in accordance with Federal Rule of Civil Procedure 4(d), which would provide at least ninety (90) days for the Foreign Defendants and at least sixty (60) days for the U.S. based Defendants to respond to the Complaint;

**WHEREAS**, Defendants are willing to waive service of process for all Defendants provided that they are given a single response date for all Defendants to respond to the Complaint one hundred and twenty (120) days from Plaintiff's March 20, 2025 request to waive service of process—that is, no later than July 18, 2025;

**WHEREAS**, the Parties agree that good cause exists to extend time and that this Stipulation will streamline the progress of this case because it will avoid the lengthy delays associated with formal service under the Hague Convention, while allowing a single date for all Defendants to respond to the Complaint by motion or otherwise;

**WHEREAS**, no prior extensions of time to respond have been sought or granted.

**IT IS HEREBY STIPULATED,** by and between the parties, and subject to the Court's approval, that:

1. Defendants waive formal service of the Summons and Complaint under Federal Rule of Civil Procedure 4(d) and the Hague Convention.
2. Defendants will file their responsive pleadings or otherwise respond to Plaintiff's Complaint no later than July 18, 2025, which is one hundred and twenty (120) days from March 20, 2025.

3. By entering this Stipulation, Defendants do not waive and preserve all rights under Federal Rules of Civil Procedure 12 and 8, as well as any challenge to personal jurisdiction or venue.

Respectfully submitted,

Dated: April 11, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: *_/s/ Michael E. Williams_*
Michael E. Williams

*Attorneys for Defendants Bytedance Ltd., Bytedance Inc., TikTok Ltd., and TikTok Pte. Ltd.,*

J. Lorenzo Law

By: *_/s/Jayson M. Lorenzo_*
Jayson M. Lorenzo

*Attorneys for Plaintiff Wizard of OBS, LLC.*

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael Williams, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-4.3.4(a)(2)(i), I hereby attest that Jayson M. Lorenzo has concurred in this filing.

Dated: April 11, 2025

__*/s/Michael E. Williams*__
Michael E. Williams