QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael E. Williams (Bar No. 181299)
michaelwilliams@quinnemanuel.com
Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
Mikayla Wasiri (Bar No. 333890)
mikaylawasiri@quinnemanuel.com
Julian T. Schoen (Bar No. 344202)
julianschoen@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone:  (213) 443-3000

*Attorneys for Defendants*
*Bytedance Ltd., et al.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| Wizards of OBS, LLC., a California Limited Liability Company;<br><br>Plaintiff,<br><br>vs.<br><br>BYTEDANCE LTD., a Cayman Islands Company; BYTEDANCE INC., a Delaware Corporation; TIKTOK LTD., a Cayman Islands Company; TIKTOK INC., a California Corporation; TIKTOK PTE. LTD., a Singapore Company; DOES 1-10, inclusive;<br><br>Defendants. | Case No. 5:25-CV-0636-SSS-DTB<br><br>**DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES**<br><br>Judge: Hon. Sunshine Suzanne Sykes |

-1-                                    Case No. 5:25-CV-0636-SSS-DTB

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT & NOTICE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Bytedance Ltd., Bytedance Inc., TikTok Ltd., TikTok Inc., and TikTok PTE. Ltd. ("Defendants") hereby submit their corporate disclosure statement as follows:

**Defendant Bytedance Ltd**. is a privately-held company.  No public entity owns 10% or more of the stock of Bytedance Ltd.

**Defendant Bytedance Inc.** is a wholly owned subsidiary of Bytedance Ltd., which is a privately-held company.  No public entity owns 10% or more of the stock of Bytedance Inc.

**Defendant TikTok Ltd.** is a wholly owned subsidiary of Bytedance Ltd., which is a privately-held company.  No public entity owns 10% or more of the stock of TikTok Ltd.

**Defendant TikTok Inc**. is a wholly owned subsidiary of TikTok LLC, which is a wholly owned subsidiary of TikTok Ltd., which is a wholly owned subsidiary of Bytedance Ltd., which is a privately-held company.  No public entity owns 10% or more of the stock of TikTok Inc.

**Defendant TikTok Pte. Ltd**. is a wholly-owned subsidiary of TikTok Ltd., which is a wholly-owned subsidiary of Bytedance Ltd., which is a privately-held company.  No public entity owns 10% or more of the stock of TikTok Pte. Ltd.

Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel of record for Defendants, certifies that the following entities may have a pecuniary interest in the outcome of this case:

- Plaintiff; and
- Defendants Bytedance Ltd., Bytdance Inc., TikTok Ltd., TikTok Inc., and TikTok Pte. Ltd.

Case No. 5:25-CV-0636-SSS-DTB

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT & NOTICE OF INTERESTED PARTIES

These representations are made to enable the Court to evaluate possible disqualification or recusal.


Dated: March 19, 2026                    QUINN EMANUEL URQUHART & SULLIVAN, LLP


By:    /s/ Michael E. Williams
                Michael E. Williams
              *Attorney for Defendants*